IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RICHARD DALTON,**

**Defendant.**                                    No. 07-CR-40019-DRH

## ORDER

**HERNDON, District Judge:**

Before the Court is attorney John J. O'Gara, Jr.'s Motion to Withdraw as Counsel in the above-captioned matter. (Doc. 20.) Because Defendant Richard Dalton has retained other counsel in this matter, the Court **GRANTS** Attorney O'Gara's motion and **WITHDRAWS** Attorney O'Gara from this matter. (Doc. 20.)

**IT IS SO ORDERED.**

Signed this 11th day of April, 2007.

                                    /s/     David   RHerndon
                                    **United States District Judge**