IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**RICHARD DALTON,**

**Defendant.**                                                        **No. 07-CR-40019-DRH**

### ORDER

**HERNDON, District Judge:**

This matter comes before the Court on Defendant's Request for Discovery and Inspection. (Doc. 15.) The Court has been informed by the Government (Doc. 19) that the Government has complied with Defendant's request. Upon this information, the Court finds that Defendant's Request for Discovery and Inspection (Doc. 15) is **MOOT**.

**IT IS SO ORDERED.**

Signed this 19th day of April, 2007.

/s/         David   RHerndon
**United States District Judge**