IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RICHARD M. DALTON,** | ) | |
| | ) | |
| **Defendant.** | ) | No. 07-CR-40019 |

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is the fourth motion to continue trial submitted by Defendant Dalton. (Doc. 54.) The motion is unopposed. The Court finds that the trial should be postponed because Defendant and the Government are finalizing a plea agreement. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Dalton in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant Dalton's motion to continue trial (Doc. 54) and **CONTINUES** the jury trial scheduled for November 26, 2007 until February 11, 2008 at 9:00 a.m. The time from the date Defendant Daltons' motion

was filed, November 16, 2007, until the date on which the trial is rescheduled, February 11, 2008, is excludable time for the purposes of speedy trial.

**IT IS SO ORDERED**.

Signed this 19th day of November, 2007.

/s/     DavidRHerndon<br>**Chief Judge**<br>**United States District Court**

2