IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| RICHARD M. DALTON, ) | |
| ) | |
| Defendant. ) | No. 07-CR-40019 |

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is a request to continue July 2, 2008 disposition filed by the Government. (Doc. 76.) Defendant opposed the motion. (Doc. 77.) The Court, being fully advised in the premises, finds that good reason exists to continue the sentencing and that Defendant will not be unduly prejudiced by such a continuance. Therefore, the Court **GRANTS** the Government's motion. (Doc. 76.) The sentencing is now set for August 1 at 11:00 a.m.

**IT IS SO ORDERED**.

Signed this 30th day of June, 2008.

/s/ David R Herndon
**Chief Judge**
**United States District Court**

1