**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **RICHARD M. DALTON,** | ) | **No. 07-CR-40019** |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court on two motions. Both motions were filed by the Government. The first motion is a request for the Court to determine the status of potential conflict. (Doc. 80.) The Court agrees that there is a potential conflict of interest in this matter and, therefore, sets this matter for a hearing in order to determine whether there is, in fact, a conflict. The hearing will be held on August 19, 2008 at 9:30 a.m. Due to the need for this hearing to determine the status of a potential conflict, as well as the reasons stated in the Government's motion, the Court **GRANTS** the Government's request to rest the disposition setting. (Doc. 81.) The sentencing is now set for September 12, 2008 at 10:30 a.m.

**IT IS SO ORDERED**.

Signed this 15th day of July, 2008.

/s/     *David R Herndon*

**Chief Judge**
**United States District Court**